

# THE ATTORNEY GENERAL

## OF TEXAS

### AUSTIN 11, TEXAS

PRICE DANIEL
ATTORNEY GENERAL

October 1, 1947

Hon. Geo. H. Sheppard                    Opinion No. V-394
Comptroller of Public Accounts
Austin, Texas                            Re: Legality of the in- :
                                             clusion of meals
                                             and lodgings in
                                             Austin on the ex-
                                             pense accounts of
                                             members of the
                                             State Board of Hair-
                                             dressers and Cosme-
                                             tologists.

Dear Sir:

        Reference is made to your recent request for
an opinion of this Department which reads as follows:

        "Senate Bill No. 131, of the Fiftieth
    Legislature provides for the members of the
    State Board of Hairdressers and Cosmetolo-
    gists to receive $3,600 per year payable in
    even monthly installments together with
    actual expenses incurred in the performance
    of their official duties.

        "Please advise if the members of this
    Board can be reimbursed for meals and lodg-
    ings, in the city of Austin, in which is
    located the Board of Hairdressers and Cosme-
    tologists."

        Senate Bill No. 131 of the 50th Legislature,
1947, amended Section 7 of Article 734b, V.P.C., to read
as follows:

        "The members of the Board shall each
    receive a salary of Three Thousand Six
    Hundred ($3,600.00) Dollars per year, pay-
    able in equal monthly payments, together
    with actual expenses incurred in the per-
    formance of their official duties, pro-
    viding such expenses shall be allowed if
    and when audited, approved and allowed by

the State Comptroller. Such salary of the
Board members and the Executive Secretary
as well as all other expenses incidental
to the discharge of their duties, shall be
allowed, including reasonable expenses in
attending schools for the purpose of taking
post graduate courses in beauty culture
only and attending conventions of beauty
culturists, both state and national; pro-
viding in no event shall such expenses for
any one Board member exceed the sum of One
Hundred ($100.00) Dollars for any one con-
vention or post graduate course attended
within the State nor more than Two Hundred
($200.00) Dollars for any one convention or
post graduate course attended out of the
state; provided that no more than one mem-
ber of the Board shall be absent from his
regular duties as a Board member at any
time for the purpose of taking such post
graduate work only and that no Board member
shall attend (or take) more than one (1)
such post graduate course during any one
(1) calendar year extending over not more
than a two (2) weeks period. All salaries
and expenses shall be paid out of the fund
in the State Treasury to the credit of the
Texas Board of Cosmetology on requisition
signed by the President and Secretary of
the Board and a warrant of the State Comp-
troller."

In Item 18 under title State Board of Hair-
dressers and Cosmetologists of the general appropriation,
there is an appropriation of $6,000.00 for Board members'
travel expense.

Under the general provisions of the Appropri-
ation Bill of the 50th Legislature, 1947, Subsection "b"
of Section 11, we find the following:

"The Comptroller shall not pay, and no
State officer or employee of any of the depart-
ments or other agencies of the government shall
include in his traveling expense account any
amounts for meals and/or lodging incurred with-
in the city or town where such officer or such
employee is stationed. Such employees as are
stationed away from their main office or

headquarters who are not allowed traveling
expenses where so stationed shall be allowed
such expenses when called to their main of-
fice."

In your letter you do not state whether the
Board members are residing in the City of Austin or not.
But inasmuch as the Board of Cosmetology has located
the office in Austin, we assume that all the Board mem-
bers reside in Austin.  On January 27, 1917, this De-
partment rendered an opinion to the Chief Deputy Game,
Fish and Oyster Commissioner, who was living in the City
of Austin, which stated as follows:

"In our opinion the items in the
various appropriation bills providing for
the payment of traveling expenses relate
only to the expense of any officer or em-
ployee while on the road traveling on busi-
ness of the State away from the office of
such department and from his place of abode
where such department is located, and there
is no authority in law for allowance of any
living expense account of any officer or
employee while he is in the city of Austin
under the guise of a traveling expense ac-
count."  (A. G. Op. No. 1700, Bk. 48, p. 442)

Since the Board members are now on a salary
basis and in view of the foregoing, it is the opinion of
this Department that the members of the Board of Cosme-
tology cannot be reimbursed for meals and lodgings in
the City of Austin.

### SUMMARY

Members of the State Board of Hair-
dressers and Cosmetologists living in Austin
cannot be reimbursed for meals and lodgings
in the City of Austin, their office being
located in that city.

APPROVED:

*Fagan Dickson*

FIRST ASSISTANT
ATTORNEY GENERAL

BA:djm

Very truly yours

ATTORNEY GENERAL OF TEXAS

By *Bruce Allen*
Bruce Allen
Assistant